**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-7666**

JAMERSON DEVOIR TILLMAN,

              Petitioner – Appellant,

      v.

UNITED STATES OF AMERICA,

              Respondent – Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore.  Alexander Williams, Jr., District Judge.  (1:08-cv-03362-AW)

Submitted:  July 27, 2010         Decided:  August 4, 2010

Before TRAXLER, Chief Judge, and WILKINSON and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jamerson Devoir Tillman, Appellant Pro Se.  Christen Anne Sproule, Assistant United States Attorney, Greenbelt, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jamerson Devoir Tillman appeals the district court's order dismissing his Fed. R. Crim. P. 41(g) motion as time-barred. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Tillman v. United States, No. 1:08-cv-3362-AW (D. Md. filed July 14, 2009; entered July 15, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED